IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CDM INVESTMENT GROUP, INC., A Nebraska Corporation; and AIRTITE, INC., A Nebraska Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> NICK ERICKSON, <br><br> Defendant. | 8:25CV83 <br><br> ORDER ON JOINT STIPULATION FOR DISMISSAL |

This case is before the Court on the parties' Joint Stipulation for Dismissal signed by counsel for all parties. Filing 21. The parties stipulate to the dismissal of this matter with prejudice, including all claims, crossclaims and counterclaims, with each party to pay its own costs, on the ground that "this matter has been resolved to the mutual satisfaction of the parties." Filing 21 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 21, is accepted, and this case is dismissed with prejudice, with each party to pay its own costs.

Dated this 16th day of July, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1